OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
OFFICIAL BUSINESS P.O. BOX 12308 CAPITOL STATION, AUSTIN TEXAS 78711 POSTAGE >> PITNEY BOWES
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

ZIP 78701  $ 000.26⁵
02  1W
0001401623 MAY. 20. 2015.

5/20/2015

JAMES, ED  Jr.          Tr. Ct. No. W10-25095-H(A)          WR-83,235-01

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

RTS
Discharged

ED  JAMES JR.

 TDC # 1783482